UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

ABDIKAREEM HASSAN

Docket No. 2:20-mj-142-JHR

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Christopher D. Peavey, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent of the Federal Bureau of Investigation (hereinafter "FBI"). I have been employed by the FBI since April 2004. I am currently assigned to the FBI Boston Division's Southern Maine Gang Task Force ("SMGTF"), which is comprised of law enforcement officers from the FBI and other federal, state, county, and municipal police departments in Maine. As a member of the SMGTF, I am responsible for investigating drug and firearms trafficking, human trafficking, kidnappings, robberies, extortion, and other violent criminal enterprise crimes. My investigations have included the use of surveillance techniques and the execution of search, seizure, and arrest warrants.

2. I submit this affidavit in support of a criminal complaint charging Abdikareem Hassan with assault on a federal officer, in violation of Title 18, United States Code, Section 111(a)(1). The information set forth in this affidavit is based on my participation in the investigation and information relayed to me by other law enforcement officers.

3. In the late evening hours of July 5, 2020, Defendant Abdikareem Hassan was arrested by the Portland Police Department (PPD) in Portland, Maine. Following arrest, Hassan,

restrained in handcuffs, was inside a PPD interview room. In the early morning hours of July 6, 2020, Hassan attempted to exit the interview room, and ignored verbal commands from PPD officers to walk back inside the room pending transport to the Cumberland County Jail. FBI Task Force Officer Nicholas Gowen and FBI Special Agent Adam Morin were present and participating in a joint investigation of the events leading up to Hassan's arrest, and assisted PPD officers in attempting to subdue Hassan. Hassan was handcuffed in the front, and thrashed his arms to resist efforts to control him, tearing the skin and opening a laceration on Special Agent Morin's arm, which began bleeding. Hassan continued to resist until officers eventually regained control of Hassan.

4. During subsequent transport, Hassan pushed, pulled, and kicked at PPD uniformed officers. At one point, after screaming that he could not go to jail in the arrest wagon, officers transferred Hassan to a marked cruiser. Hassan then resisted officers' attempts at placing him inside the cruiser. When Hassan was eventually detained inside the cruiser he immediately began to attempt to kick out the rear window of the cruiser, causing the bars inside the cruiser window to flex and almost break. Hassan was then taken out of the cruiser to be placed back into the arrest wagon due to the fact that he was causing damage to the cruiser. Hassan lunged at officers, driving them back. After sustained struggle, Hassan was then transported by PPD to the Cumberland County Jail.

5. Special Agent Morin received an evaluation from medical personnel at PPD, who recommended that Special Agent Morin proceed to a medical facility for wound treatment. Special Agent Morin drove himself to Mercy Hospital, where staff cleaned out the wound and closed it using a glue compound.

## CONCLUSION

6. I respectfully submit, based on the facts set forth above, that probable cause exists to charge Abdikareem Hassan by Criminal Complaint with the offense of assault on a federal officer, in violation of 18 U.S.C. § 111(a)(1).

Christopher D. Peavey
Special Agent, FBI

Sworn to before me and subscribed in my presence this 6th day of July, 2020.

Sworn to telephonically and signed electronically in accordance with the requirements of Fed. R. Crim P. 4.1

Date and Time:
    7/6/2020, 12:40pm

City and State:
    Portland, ME

John H. Rich III,
U.S. Magistrate Judge