UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA    )
                            )
v.                          )    No. 2:20-mj-142-JHR
                            )
ABDIKAREEM HASSAN           )

## MOTION FOR DETENTION

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142.

1. Eligibility of Case. This case is eligible for a detention order because the case involves (check all that apply):

    _____ Conditions requiring a temporary detention order (18 U.S.C. § 3142(d))

    _____ Crime of violence

    _____ Maximum sentence life imprisonment or death

    _____ 10+ year drug offense

    _____ Felony, with two prior convictions in above categories

    _____ Felony involving a minor victim, a firearm, destructive device or dangerous weapon or failure to register as a sex offender

    \_\_X\_\_ Serious risk defendant will flee

    \_\_X\_\_ Serious risk obstruction of justice

2. Reasons for Detention:

    i. Temporary Detention

    _____

    _____

    ii. Other than Temporary Detention. The court should detain the defendant because there are no other conditions of release which will reasonably assure (check one or both):

     __X__ Defendant's appearance as required

     __X__ Safety of any other person and the community

3. Rebuttable Presumption. The United States will invoke the rebuttable presumption against the defendant under 18 U.S.C. § 3142(e). The presumption applies here because (check one or both if applicable)

   _____ Probable cause to believe the defendant committed an offense specified in 18 U.S.C. §3142(e) involving: drugs, firearms, terrorism, a minor victim, or conduct outside of the United States.

   _____ Previous conviction for "eligible" offense committed while on pretrial bond

4. Date of Detention Hearing. The United States requests that the detention hearing be held after a continuance of __3__ days.

5. Length of Detention Hearing. The United States will require __1/2__ hour to present its case for detention.

Date: February 3, 2021

            Halsey B. Frank
            United States Attorney

            /s/David B. Joyce
            Assistant United States Attorney
            United States Attorney's Office
            100 Middle Street
            Portland, ME 04101
            (207) 780-3257
            david.joyce@usdoj.gov