**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

UNITED STATES OF AMERICA )
)
v. )
)
ABDIKAREEM HASSAN )

2021 MAR 24 P 2: 19
Criminal No. 2:21-cr-00036 -JDL

18 U.S.C. §§ 922(g)(1); 11(a)(1)
DEPUTY CLERK

## INDICTMENT

The Grand Jury Charges:

### COUNT 1
(Felon in Possession of a Firearm)

On about June 20, 2020, in the District of Maine, Defendant

### ABDIKAREEM HASSAN

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, namely, operating under the influence of alcohol (with two prior convictions), in the Superior Court of the State of Maine, Cumberland County, docket number CUMCD-CR-2017-06643, judgment having entered on about June 8, 2018, knowingly possessed a firearm, specifically a Taurus model PT709 SLIM, 9mm pistol, assigned serial number TJW49517, and the firearm was in and affecting commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

### COUNT 2
(Felon in Possession of a Firearm)

On about July 5, 2020, in the District of Maine, Defendant

### ABDIKAREEM HASSAN

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, namely, operating under the influence of alcohol (with two prior

1

convictions), in the Superior Court of the State of Maine, Cumberland County, docket number CUMCD-CR-2017-06643, judgment having entered on about June 8, 2018, knowingly possessed a firearm, specifically a Taurus model PT709 SLIM, 9mm pistol, assigned serial number TJW49517, and the firearm was in and affecting commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 3
(Assault on a Federal Officer)

On about July 6, 2020, in the District of Maine, Defendant

## ABDIKAREEM HASSAN

forcibly assaulted, resisted, opposed, and interfered with an officer of the United States while such officer was engaged in the performance of official duties. During the course of committing the offense, Defendant made physical contact with the officer and caused the officer bodily injury.

In violation of Title 18, United States Code, Section 111(a)(1).

## FIREARM FORFEITURE ALLEGATION
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

The Grand Jury further finds:

Upon conviction of the offenses alleged in Counts 1 or 2 of this Indictment, in violation of Title 18, United States Code, Section(s) 922(g)(1), Defendant

## ABDIKAREEM HASSAN

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offense.

2

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

A TRUE BILL,

Unredacted Document Available at
the Clerk's Office
FOREPERSON

Assistant U.S. Attorney
Date: MARCH 24, 2021

3