UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Crim. No. 2:21-cr-36-JDL |
| v. ) | |
| ) | |
| ADBIKAREEM HASSAN ) | |

**PROSECUTION VERSION**

If this case were to proceed to trial, the United States would prove the following facts beyond a reasonable doubt with respect to Count Two of the Indictment:

On July 5, 2020, Defendant possessed a Taurus model PT709 SLIM, 9mm pistol, assigned serial number TJW49517 ("the firearm"). During night hours of July 5, 2020, Defendant abandoned the firearm near the intersection of Newbury Street and Pearl Street in Portland, Maine. Law enforcement officers recovered the firearm during the course of an ensuing investigation. DNA recovered from the firearm matched a known sample of Defendant's DNA.

At the time of Defendant's possession of the firearm on July 5, 2020, he knew he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, namely, operating under the influence of alcohol (with two prior convictions), in the Superior Court of the State of Maine, Cumberland County, docket number CUMCD-CR-2017-06643, judgment having entered on about June 8, 2018.

The firearm was manufactured outside the State of Mane and thus traveled in interstate commerce prior to July 5, 2020.

Date: July 23, 2021

        Respectfully submitted,

        Donald E. Clark
        Acting United States Attorney

        /s/David B. Joyce
        Assistant U.S. Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2021, I filed the foregoing Prosecution Version using the Court's CM/ECF system, which will cause a copy to be sent to all counsel of record.

>Donald E. Clark
>Acting United States Attorney
>
>/s/David B. Joyce
>Assistant U.S. Attorney