# Amended Indictment Synopsis

| | |
|---|---|
| **Name:** | Abdikareem Hassan |
| **Address:** (City & State Only) | Portland, ME |
| **Year of Birth and Age:** | 1988/33 years old |
| **Violations:** | Counts 1 and 2: Felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1). <br><br> Count 3: Assault on a federal officer, in violation of Title 18, United States Code, Section 111(a)(1). |
| **Penalties:** | Counts 1 and 2: Imprisonment of not more than ten years; fine not to exceed two hundred fifty thousand dollars ($250,000); or both. 18 U.S.C. § 924(a)(2); 18 U.S.C. § 3571(b)(3). <br><br> These are Class C felonies pursuant to 18 U.S.C. § 3559(a)(3). <br><br> Count 3: Imprisonment of not more than eight years, or a fine not to exceed $250,000, or both. (18 U.S.C. § 111a) and 18 U.S.C. § 3571(b)(3)). <br><br> This is a Class D felony pursuant to 18 U.S.C. § 3559(a)(4). |
| **Supervised Release:** | Counts 1-3: Not more than three years. 18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Counts 1-3: Not more than two years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Counts 1-3: Three years less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | Robert Levine, Esq. |
| **Primary Investigative Agency and Case Agent Name:** | FBI/Peavey |

| | |
|---|---|
| **Detention Status:** | Detained |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Cumberland |
| **AUSA:** | David B. Joyce |
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count |