UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 2:21-cr-36-JDL |
| | ) | |
| ABDIKAREEM HASSAN | ) | |

## NOTICE OF DISMISSAL

The United States of America hereby dismisses without prejudice Count 3 of the Indictment.

Date: August 2, 2021

Respectfully submitted,

Donald E. Clark
Acting United States Attorney

/s/David B. Joyce
Assistant U.S. Attorney
United States Attorney's Office
100 Middle Street
Portland, ME 04101
david.joyce@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 2, 2021, I filed the foregoing Notice of Dismissal using the CM/ECF system, which will cause a copy to be sent to all counsel of record.

                                        /s/David B. Joyce
                                        Assistant U.S. Attorney
                                        United States Attorney's Office
                                        100 Middle Street
                                        Portland, Maine 04101
                                        david.joyce@usdoj.gov